

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2014

No. 04-14-00446-CV

John **THOMAS**,
Appellant

v.

Cynthia **THOMAS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 14-45C
Honorable Robert R. Barton, Judge Presiding

## O R D E R

On August 25, 2014, appellee filed an opposed "Motion to Dismiss Appeal as Moot." On September 8, 2014, appellant filed a motion to dismiss appeal due to settlement. In light of this filing, the court's order dated September 9, 2014 is WITHDRAWN.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court